**Motion Granted, Appeal and Cross-Appeal Dismissed, and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00176-CV

---

## DEFENSE ENERGY CENTER OF EXCELLENCE D/B/A NATIONAL SECURITY TECHNOLOGY ACCELERATOR, A TEXAS NON-PROFIT CORPORATION; AND NATIONAL SECURITY TECHNOLOGY ACCELERATOR, A NORTH CAROLINA NON-PROFIT CORPORATION, Appellants / Cross-Appellees

### V.

## NSTI, LLC D/B/A TECHCONNECT, Appellee / Cross-Appellant

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2018-06530**

---

### MEMORANDUM OPINION

This proceeding comprises an appeal and a cross-appeal from a final judgment signed December 28, 2020. On August 13, 2021, the parties filed a joint motion to dismiss the appeal and cross-appeal as they have settled their dispute, and they have

agreed they will bear their own costs. *See* Tex. R. App. P. 42.1(a). The motion is granted, and the appeal and cross-appeal are dismissed. Each party will bear its own costs in this proceeding.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.